AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JUAN MEDINA,

                Plaintiff,

                                          **JUDGMENT IN A CIVIL CASE**

                v.

UNITED STATES, and SHANE INNES, SR., and JACKIE INNES, and their marital community, dba INNES WOOD PRODUCTS,

CASE NUMBER: CV-11-0280-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting United States' Motion for Summary Judgment entered on May 22, 2012, ECF No. 77, judgment is entered in favor of the United States with prejudice on all of Plaintiff's claims against the United States.

| | |
|---|---|
| May 22, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |