UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN MEDINA, ) | ) NO.  CV-11-0280-LRS |
| Plaintiff, ) | ) |
| ) | ORDER OF DISMISSAL WITHOUT |
| -vs- ) | PREJUDICE |
| ) | |
| SHANE INNES, SR., AND JACKIE ) | |
| INNES, AND THEIR MARITAL ) | |
| COMMUNITY, DBA INNES WOOD ) | |
| PRODUCTS, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(ii)(ECF No. 118) filed June 24, 2013, **IT IS HEREBY ORDERED** that the claims of plaintiff Juan Medina against *pro se* defendants Shane Innes, Sr. and Jackie Innes, dba Innes Wood Products in the above-entitled cause of action, shall be and are hereby dismissed without prejudice and without an award of attorney's fees or costs to any of the parties.

The District Court Executive is directed to file this Order, provide copies to the *pro se* defendants, and **CLOSE THIS FILE**.

**DATED** this 25th day of June, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1